# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

*UNITED STATES OF AMERICA*

v.

*RYAN EVAN BRONSON*

**CRIMINAL COMPLAINT**

CASE NUMBER: 25-04128-MJ-01-PCT-CDB

I, the undersigned complainant, state under oath that the following is true and correct to the best of my knowledge and belief:

### COUNT 1

On, about, or between February 3, 2023, to February 5, 2023, in Yavapai County, in the District of Arizona, the defendant, RYAN EVAN BRONSON, being a United States Postal Service employee, did willfully and knowingly convert to his own use, without authorization of law, money and property of the United States coming into his hands and under his control, in the execution and under the color of his office, employment, and service. Specifically, the defendant converted $424.00 of United States Postal Service money and property for his own use.

In violation of Title 18, United States Code, Section 1711.

### COUNT 2

On, about, or between September 8, 2023, to September 27, 2023, in Yavapai County, in the District of Arizona, the defendant, RYAN EVAN BRONSON, being a United States Postal Service employee, did willfully and knowingly convert to his own use, without authorization of law, money and property of the United States coming into his hands and under his control, in the execution and under the color of his office, employment, and service. Specifically, the defendant converted $354.00 of United States Postal Service money and property for his own use.

In violation of Title 18, United States Code, Section 1711.

### COUNT 3

On, about, or between September 12, 2023, to September 27, 2023, in Yavapai County, in the District of Arizona, the defendant, RYAN EVAN BRONSON, being a United States Postal Service employee, did willfully and knowingly convert to his own use, without authorization of law, money and property of the United States coming into his hands and under his control, in the execution and under the color of his office, employment, and service. Specifically, the defendant converted $354.00 of United States Postal Service money and property for his own use.

In violation of Title 18, United States Code, Section 1711.

I further state that I am a Special Agent with the United States Postal Service, Office of the Inspector General, and that this Complaint is based on the following facts:

### SEE ATTACHED AFFIDAVIT.

Continued on the attached sheet and made a part hereof:  ☒ Yes  ☐ No

REVIEWED BY: /s AUSA Paul V. Stearns

**Pursuant to 28 U.S.C. § 1746(2), I declare that the foregoing is true and correct.**

Vienna Liu, Special Agent, USPS OIG
Complainant's Name and Title

_(signature)_    04/10/2025
Complainant's Signature    Date

X  Sworn by Telephone

_____
Date/Time

Camille D. Bibles, U.S. Magistrate Judge
Name & Title of Judicial Office

Flagstaff, Arizona
City and State

Camille D. Bibles
Digitally signed by Camille D. Bibles
Date: 2025.04.14 09:35:06 -07'00'
Signature of Judicial Officer

- 2 -

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

## ELECTRONICALLY SUBMITTED AFFIDAVIT

I, <u>USPS OIG Special Agent Vienna Liu</u>, state under oath as follows:

1. I am a Special Agent employed by the United States Postal Service ("USPS") Office of Inspector General ("OIG"). As such, I am an "investigative or law enforcement officer" of the United States empowered to conduct investigations and make arrests for offenses enumerated in Title 18, United States Code, Chapter 83. I am currently assigned to USPS OIG's Phoenix, Arizona, Field Office, where I investigate offenses allegedly committed by employees of the United States Postal Service. I have participated in many investigations to include mail theft, obstruction of mails, and misappropriation of Postal Funds by Postal Service employees.

2. The information contained in this affidavit is based upon my personal knowledge, training, and experience, as well as information provided to me by other law enforcement officers and/or witnesses including those listed herein. Because this affidavit is made to establish probable cause, I have not listed every fact known regarding this investigation.

### Introduction/Background

3. This affidavit is made in support of a criminal complaint and arrest warrant against Ryan Evan Bronson ("Bronson") for violations of 18 U.S.C. § 1711, Misappropriation of Postal Funds. In summary, Bronson, who had full control of USPS financial databases within the Prescott Valley and Prescott Post Offices due

to his position as Lead Sales and Services Associate, manipulated the sales terminal to create and generate false cash and/or Postal Service money order refunds, and the USPS funds were converted in the amount of the false refunds for personal use.

## Investigation/Probable Cause

4.   On July 29, 2024, USPS Postmaster Brian Wade ("PM Wade") notified me of suspicious transactions occurring at the Prescott Valley Post Office, which is located in Prescott Valley, Arizona, in the District of Arizona. The suspected transactions were performed by Bronson, who had moved duty locations to the Prescott, Arizona, Post Office. PM Wade informed me that he had confronted Bronson regarding the suspicious transactions at Bronson's last duty station (i.e., the Prescott Valley Post Office), and Bronson admitted to PM Wade that he (Bronson) had been cashing money orders through a P.O. Box cancellation scheme.

5.   On July 30, 2024, I went to the Prescott Post Office to interview Bronson regarding the P.O. Box cancellation scheme. Bronson admitted to me that he had been cashing USPS money orders through the above-referenced scheme. Bronson stated he targeted customer P.O. Boxes that were recently rented. Bronson explained that he would close or cancel a P.O. Box after a customer had paid and left the facility. The act of cancelling a P.O. Box rental automatically generated a USPS money order refund. Bronson admitted to me he would cash these USPS money orders for himself. After he cashed the USPS money orders, Bronson explained that he would reopen the customer P.O. Boxes as if nothing happened.

Bronson told me he took USPS money using this scheme approximately 20 times and possibly more. Bronson told me he would cash USPS money orders using this scheme at most two times a day, taking about $100.00 to $400.00 each time.

6. In the same interview, I produced to Bronson three different P.O. Box payment history reports. The details are as follows:

   a. On February 3, 2023, a customer made a P.O. Box payment of $424.00 for P.O. Box 26569. On February 5, 2023, USPS Clerk with ID "T8ZNN0" initiated a P.O. Box refund of $424.00. Bronson confirmed T8ZNN0 was his Postal Service ID, and that P.O. Box 26569 was one of the P.O. Boxes he targeted with his scheme.

   b. On September 8, 2023, a customer made a P.O. Box payment of $354.00 for P.O. Box 26457. On September 27, 2023, USPS Clerk T8ZNN0 initiated a P.O. Box refund of $354.00. Bronson again confirmed T8ZNN0 was his Postal Service ID, and that P.O. Box 26457 was one of the P.O. Boxes he targeted with his scheme.

   c. On September 12, 2023, a customer made a P.O. Box payment of $354.00 for P.O. Box 26447. On September 27, 2023, USPS Clerk T8ZNN0 initiated a P.O. Box refund of $354.00. Bronson once again confirmed T8ZNN0 was his Postal Service ID, and that P.O. Box 26447 was one of the P.O. Boxes he targeted with his scheme.

7.      On August 29, 2024, I received clerk transactional data for both the Prescott Valley and Prescott Post Offices, dating from October 2021 through July 2024, via USPS Enterprise Data Warehouse (EDW). I reviewed the transactional data for Bronson and, in doing so, discovered further methods Bronson utilized to fraudulently obtain USPS funds (in addition to the P.O. Box cancellation scheme) that were not discussed during my interview with Bronson. Details pertaining to all methods are summarized below.

   a.     P.O. Box Cancellation: This scheme, as explained by Bronson, involved closing a paid P.O. Box to generate a USPS money order refund. As an example, on February 26, 2024, USPS customer S.W. made a payment of $610.00 for P.O. Box 26565. On the same day, Bronson closed P.O. Box 26565 and initiated a refund of $457.50. USPS money order 28743153603 was automatically generated by the sales terminal. USPS money order 28743153603 was made payable to USPS from USPS and initialed by Bronson (Clerk 51). On February 28, 2024, USPS money order 28743153603 was electronically deposited. Based on my review of USPS transactional data, Bronson misappropriated USPS funds using this method approximately 60 times from August 2023, through February 2024.

   b.     Money Order Refund: In this scheme, Bronson also issued miscellaneous false money order refunds to himself. As an example, on May 29, 2024, at approximately 3:57 PM, Bronson initiated a passport refund of $190.00. USPS money order 28912566230 was generated by the sales terminal and made

payable to USPS from USPS. Bronson signed his own name on the back of USPS money order 28912566230, which was electronically deposited on May 30, 2024. A follow up interview and confirmation from Bronson revealed Bronson misappropriated USPS funds using this method approximately five times from April 2023, through June 2024.

      c.      Bronson did not admit to every transaction. Through a review of Bronson's transactions and similarities with money orders confirmed to be part of Bronson's schemes, I calculated that the total potential loss to the USPS from Bronson's schemes is approximately **$24,481.97**.

8.      Bronson was a USPS employee at the times referenced above. Specifically, he was a Lead Sales and Services Associate at the Prescott Valley, Arizona, Post Office in Prescott Valley, Arizona. He was working in the execution and under the color of his office, employment, and service when he converted the property and funds described above.

9.      Bronson's above-described actions occurred in Yavapai County in the District of Arizona.

## Conclusion

10.      Based on the foregoing, I believe that there is probable cause to support that Bronson violated 18 U.S.C. § 1711 (Misappropriation of Postal Funds).

//////

11. An arrest warrant is respectfully requested for Ryan Evan Bronson.

Pursuant to 28 U.S.C. § 1746(2), I declare under penalty of perjury that the foregoing is true and correct.

Executed on: April 10, 2025

Vienna Liu, Special Agent, USPS OIG

_X_ Sworn by Telephone

Date/Time: _____

**Camille D. Bibles**
Digitally signed by Camille D. Bibles
Date: 2025.04.14 09:34:44 -07'00'

Camille D. Bibles
United States Magistrate Judge