AO 442 (Rev. 01/09) Arrest Warrant

☑ FILED ___ LODGED
___ RECEIVED ___ COPY

APR 2 9 2025

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

# UNITED STATES DISTRICT COURT
## for the
## District of Arizona

United States of America )
V. )
Ryan Evan Bronson ) Case No. 25-04128-MJ-01-PCT-CDB
*Defendant* )
)

## ELECTRONICALLY ISSUED ARREST WARRANT

To: Any authorized law enforcement officer

The Court having determined that probable cause exists for the issuance of an arrest warrant,

YOU ARE COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* **Ryan Evan Bronson**,
who is accused of an offense or violation based on the following document filed with the court:

0 Indictment  ☐ Superseding Indictment  0 Information  ☐ Superseding Information  X Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  C Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

Counts 1 through 3: 18 U.S.C. § 1711-Misappropriation of Postal Funds.

Date/time: 4/29/2025 0900

**Camille D. Bibles**
Digitally signed by Camille D. Bibles
Date: 2025.04.14 09:35:32 -07'00'
*Issuing officer's signature*

City and state: Flagstaff, Arizona

Camille D. Bibles, United States Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 4/29/25 at *(city and state)* Flagstaff, AZ, and the person was arrested on *(date)* 4/29/25

Date: 4/29/25

*Arresting officer's signature*

T. TRAISTARU DUSM
*Printed name and title*